1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                                    Case No. C-09-701 SBA

　　　　　　Plaintiff,                              **ORDER**

v.

JEFFREY G. LOCKE, et al.,

　　　　　　Defendants.

_____/

　　　　The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby

sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

　　　　1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court,

on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

　　　　2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or

before April 1, 2009.  The brief shall not exceed then (10) pages.

　　　　3.  No hearing on the motion will be held unless this Court issues an Order setting a date and

time.


　　　　IT IS SO ORDERED.


Dated: 3/3/09                                        _Saundra B Armstrong_
                                                     SAUNDRA BROWN ARMSTRONG
                                                     United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ANNA VERTKIN,

            Plaintiff,

  v.

IN RE: ANNA VERTKIN et al,

           Defendant.

_____/

Case Number: CV09-00701 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
99 South E St.
Santa Rosa, CA 95404

Alan Jaroslovsky
United States Bankruptcy Court
Northern District of California
99 South E Street
Santa Rosa, CA 95404

Anna Vertkin, M.D.
C/O Arlene Schultz
1016 Los Gamos Rd., #C
San Rafael, CA 94903

Galin Georgiev
160 Rose Ave.
Mill Valley, CA 94941

Michael Vertkin
1982 Sobre Vista Rd.
Sonoma, CA 95476

United States District Court
For the Northern District of California

2

United States District Court
For the Northern District of California

1  Patrick Macias
   874 Fourth Street
2  Suite D
   San Rafael, CA 94901-3246
3
   R.G.  Long
4  45 Mitchell Blvd.
   Suite 15
5  San Rafael, CA 94903

6
   Dated: March 4, 2009
7
                                    Richard W. Wieking, Clerk
8                                   By: LISA R CLARK, Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    3

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                          Case No. C-09-701 SBA

        Plaintiff,                          **ORDER**

v.

JEFFREY G. LOCKE, et al.,

        Defendants.

_____/

    The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

    1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court, on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

    2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or before April 1, 2009.  The brief shall not exceed then (10) pages.

    3.  No hearing on the motion will be held unless this Court issues an Order setting a date and time.


    IT IS SO ORDERED.


Dated: 3/3/09                          _____
                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3

4    IN RE: ANNA VERTKIN,                        Case Number: CV09-00701 SBA

5              Plaintiff,                        **CERTIFICATE OF SERVICE**

6      v.

7    IN RE: ANNA VERTKIN et al,

8              Defendant.
     _____/

9

10   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

11   That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.

13

14

15   U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
     99 South E St.
16   Santa Rosa, CA 95404

17   Alan Jaroslovsky
     United States Bankruptcy Court
18   Northern District of California
     99 South E Street
19   Santa Rosa, CA 95404

20   Anna Vertkin, M.D.
     C/O Arlene Schultz
21   1016 Los Gamos Rd., #C
     San Rafael, CA 94903

22
     Galin Georgiev
23   160 Rose Ave.
     Mill Valley, CA 94941

24

25   Michael Vertkin
     1982 Sobre Vista Rd.
26   Sonoma, CA 95476

27

28                                              2

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Patrick Macias
874 Fourth Street
Suite D
San Rafael, CA 94901-3246

R.G.  Long
45 Mitchell Blvd.
Suite 15
San Rafael, CA 94903

Dated: March 4, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                          Case No. C-09-701 SBA

        Plaintiff,                          **ORDER**

v.

JEFFREY G. LOCKE, et al.,

        Defendants.

_____/

        The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby

sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

        1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court,

on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

        2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or

before April 1, 2009.  The brief shall not exceed then (10) pages.

        3.  No hearing on the motion will be held unless this Court issues an Order setting a date and

time.


        IT IS SO ORDERED.


                                                    _Saundra B Armstrong_

Dated: 3/3/09                                       SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ANNA VERTKIN,

          Plaintiff,

  v.

IN RE: ANNA VERTKIN et al,

          Defendant.

_____/

Case Number: CV09-00701 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
99 South E St.
Santa Rosa, CA 95404

Alan Jaroslovsky
United States Bankruptcy Court
Northern District of California
99 South E Street
Santa Rosa, CA 95404

Anna Vertkin, M.D.
C/O Arlene Schultz
1016 Los Gamos Rd., #C
San Rafael, CA 94903

Galin Georgiev
160 Rose Ave.
Mill Valley, CA 94941

Michael Vertkin
1982 Sobre Vista Rd.
Sonoma, CA 95476

United States District Court
For the Northern District of California

2

1    Patrick Macias
     874 Fourth Street
2    Suite D
     San Rafael, CA 94901-3246
3
     R.G.  Long
4    45 Mitchell Blvd.
     Suite 15
5    San Rafael, CA 94903

6
     Dated: March 4, 2009
7
                                      Richard W. Wieking, Clerk
8                                     By: LISA R CLARK, Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      3

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                              Case No. C-09-701 SBA

        Plaintiff,                              **ORDER**

v.

JEFFREY G. LOCKE, et al.,

        Defendants.

_____/

      The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby

sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

      1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court,

on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

      2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or

before April 1, 2009.  The brief shall not exceed then (10) pages.

      3.  No hearing on the motion will be held unless this Court issues an Order setting a date and

time.

      IT IS SO ORDERED.


Dated: 3/3/09                              *Saundra B Armstrong*

                              SAUNDRA BROWN ARMSTRONG
                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA


IN RE: ANNA VERTKIN,

            Plaintiff,

  v.

IN RE: ANNA VERTKIN et al,

            Defendant.
_____/

Case Number: CV09-00701 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
99 South E St.
Santa Rosa, CA 95404

Alan Jaroslovsky
United States Bankruptcy Court
Northern District of California
99 South E Street
Santa Rosa, CA 95404

Anna Vertkin, M.D.
C/O Arlene Schultz
1016 Los Gamos Rd., #C
San Rafael, CA 94903

Galin Georgiev
160 Rose Ave.
Mill Valley, CA 94941


Michael Vertkin
1982 Sobre Vista Rd.
Sonoma, CA 95476

**United States District Court**
For the Northern District of California

2

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Patrick Macias
874 Fourth Street
Suite D
San Rafael, CA 94901-3246

R.G.  Long
45 Mitchell Blvd.
Suite 15
San Rafael, CA 94903

Dated: March 4, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                                    Case No. C-09-701 SBA

                    Plaintiff,                          **ORDER**

v.

JEFFREY G. LOCKE, et al.,

                    Defendants.

_____/

        The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby

sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

        1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court,

on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

        2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or

before April 1, 2009.  The brief shall not exceed then (10) pages.

        3.  No hearing on the motion will be held unless this Court issues an Order setting a date and

time.


        IT IS SO ORDERED.


Dated: 3/3/09                          _____

                                       *Saundra B Armstrong*

                                       SAUNDRA BROWN ARMSTRONG
                                       United States District Judge

1   UNITED STATES DISTRICT COURT
    FOR THE
2   NORTHERN DISTRICT OF CALIFORNIA

3

4   IN RE: ANNA VERTKIN,                     Case Number: CV09-00701 SBA

                Plaintiff,
5                                            **CERTIFICATE OF SERVICE**

6       v.

7   IN RE: ANNA VERTKIN et al,

8                Defendant.
    _____/

9

10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
    Court, Northern District of California.

11  That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
    copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
    located in the Clerk's office.

13

14

15  U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
    99 South E St.
16  Santa Rosa, CA 95404

17  Alan Jaroslovsky
    United States Bankruptcy Court
18  Northern District of California
    99 South E Street
19  Santa Rosa, CA 95404

20  Anna Vertkin, M.D.
    C/O Arlene Schultz
21  1016 Los Gamos Rd., #C
    San Rafael, CA 94903

22
    Galin Georgiev
23  160 Rose Ave.
    Mill Valley, CA 94941

24

25  Michael Vertkin
    1982 Sobre Vista Rd.
26  Sonoma, CA 95476

27

28                                          2

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

Patrick Macias
874 Fourth Street
Suite D
San Rafael, CA 94901-3246

R.G. Long
45 Mitchell Blvd.
Suite 15
San Rafael, CA 94903

Dated: March 4, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                                Case No. C-09-701 SBA

            Plaintiff,                                     **ORDER**

v.

JEFFREY G. LOCKE, et al.,

            Defendants.

_____/

     The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

     1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court, on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

     2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or before April 1, 2009.  The brief shall not exceed then (10) pages.

     3.  No hearing on the motion will be held unless this Court issues an Order setting a date and time.

     IT IS SO ORDERED.

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

Dated: 3/3/09

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ANNA VERTKIN,

              Plaintiff,

  v.

IN RE: ANNA VERTKIN et al,

              Defendant.
_____/

Case Number: CV09-00701 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
99 South E St.
Santa Rosa, CA 95404

Alan Jaroslovsky
United States Bankruptcy Court
Northern District of California
99 South E Street
Santa Rosa, CA 95404

Anna Vertkin, M.D.
C/O Arlene Schultz
1016 Los Gamos Rd., #C
San Rafael, CA 94903

Galin Georgiev
160 Rose Ave.
Mill Valley, CA 94941

Michael Vertkin
1982 Sobre Vista Rd.
Sonoma, CA 95476

United States District Court
For the Northern District of California

2

1

Patrick Macias
874 Fourth Street
2
Suite D
San Rafael, CA 94901-3246
3

4
R.G.  Long
45 Mitchell Blvd.
Suite 15
5
San Rafael, CA 94903

6

Dated: March 4, 2009
7
Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk
8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN M.D.,                                  Case No. C-09-701 SBA

        Plaintiff,                                  **ORDER**

v.

JEFFREY G. LOCKE, et al.,

        Defendants.
_____/

      The Court, having been transferred Plaintiff's Motion for Withdrawal of Reference, hereby

sets the following schedule, pursuant to Bankruptcy Local Rule 5011-1(d):

      1.  Any party objecting to withdrawal of the reference shall file its opposition, in this Court,

on or before March 18, 2009.  The brief shall not exceed ten (10) pages.

      2.  Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or

before April 1, 2009.  The brief shall not exceed then (10) pages.

      3.  No hearing on the motion will be held unless this Court issues an Order setting a date and

time.


      IT IS SO ORDERED.


Dated: 3/3/09                                  _____
                                               SAUNDRA BROWN ARMSTRONG
                                               United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ANNA VERTKIN,

             Plaintiff,

  v.

IN RE: ANNA VERTKIN et al,

            Defendant.

_____/

Case Number: CV09-00701 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

U.S. Bankruptcy Court, Northern District of CA, Santa Rosa Division
99 South E St.
Santa Rosa, CA 95404

Alan Jaroslovsky
United States Bankruptcy Court
Northern District of California
99 South E Street
Santa Rosa, CA 95404

Anna Vertkin, M.D.
C/O Arlene Schultz
1016 Los Gamos Rd., #C
San Rafael, CA 94903

Galin Georgiev
160 Rose Ave.
Mill Valley, CA 94941

Michael Vertkin
1982 Sobre Vista Rd.
Sonoma, CA 95476

United States District Court
For the Northern District of California

2

Patrick Macias
874 Fourth Street
Suite D
San Rafael, CA 94901-3246

R.G.  Long
45 Mitchell Blvd.
Suite 15
San Rafael, CA 94903

Dated: March 4, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California

3