IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA VERTKIN, M.D.,

    Plaintiff.

v.

JEFFRY LOCKE,

    Defendant.

_____/

No. C 09-00701 JSW

**ORDER**

    Pursuant to the order of the same date, the Court finds that this matter, related to civil case no. C 09-0393, is properly before the bankruptcy court and accordingly terminates this related matter as well.

**IT IS SO ORDERED.**

Dated: August 11, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VERTKIN, M.D. et al,

        Plaintiff,

  v.

LOCKE et al,

        Defendant.

Case Number: CV09-00701 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anna Vertkin, M.D.
P.O. Box 2512
San Rafael, CA 94913

Galin Georgiev
160 Rose Ave.
Mill Valley, CA 94941

Michael Vertkin
1982 Sobre Vista Rd.
Sonoma, CA 95476

Patrick Macias
874 Fourth Street
Suite D
San Rafael, CA 94901-3246

R.G. Long
45 Mitchell Blvd.
Suite 15
San Rafael, CA 94903

Dated: August 11, 2009

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk